IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McKernan, Patrick M | Case Number: 05 B 19146 |
|---|---|---|
| | McKernan, Patricia A | Judge: Squires, John H |
| | Printed: 1/15/08 | Filed: 5/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed:  November 28, 2007
Confirmed: August 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 98,091.00 |  |
| Secured: |  | 10,926.82 |
| Unsecured: |  | 62,940.99 |
| Priority: |  | 5,942.08 |
| Administrative: |  | 1,800.00 |
| Trustee Fee: |  | 4,561.03 |
| Other Funds: |  | 11,920.08 |
| Totals: | 98,091.00 | 98,091.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Kathryn L Harry | Administrative | 1,800.00 | 1,800.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | ECast Settlement Corp | Secured | 0.00 | 0.00 |
| 5. | Bank One | Secured | 1,850.00 | 1,850.00 |
| 6. | GMAC Mortgage Corporation | Secured | 7,233.65 | 7,233.65 |
| 7. | Harris Bank | Secured | 1,846.67 | 1,843.17 |
| 8. | Internal Revenue Service | Priority | 75,168.78 | 4,210.05 |
| 9. | Illinois Dept of Revenue | Priority | 1,570.03 | 1,570.03 |
| 10. | Illinois Dept of Revenue | Priority | 162.00 | 162.00 |
| 11. | ECast Settlement Corp | Unsecured | 2,536.46 | 2,536.46 |
| 12. | Discover Financial Services | Unsecured | 14,548.52 | 14,548.52 |
| 13. | American Express | Unsecured | 11,487.28 | 11,487.28 |
| 14. | Illinois Dept of Revenue | Unsecured | 0.00 | 0.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 3.00 | 3.00 |
| 16. | Illinois Dept of Revenue | Unsecured | 185.60 | 185.60 |
| 17. | Resurgent Capital Services | Unsecured | 34,180.13 | 34,180.13 |
| 18. | Target Store/Retailers Bank | Unsecured | | No Claim Filed |
| 19. | Chase Advantage Credit | Unsecured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Advanta Business Cards | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| 23. | Heidner Property Management | Unsecured | | No Claim Filed |
| 24. | Home Depot | Unsecured | | No Claim Filed |
| 25. | Bank One | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  McKernan, Patrick M  
McKernan, Patricia A  
Printed: 1/15/08

Case Number: 05 B 19146  
Judge: Squires, John H  
Filed: 5/12/05

26.  Citibank            Unsecured                                No Claim Filed

_____         _____
$ 152,572.12       $ 81,609.89

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 2,540.30 |
| 5% | 432.42 |
| 4.8% | 830.26 |
| 5.4% | 758.05 |
|  | _____ |
|  | $ 4,561.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

